JS 44
(Rev. 3/99)

# CIVIL COVER SHEET     03-00034

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
PEOPLE HOLDINGS CO., LTD.

**DEFENDANTS**
SUN Y. WAKUGAWA, KOWON SHIPPING CORP., and SINO TRADING GUAM, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: KOREA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: GUAM
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 647-1200
MUN SU PARK
744 N. MARINE DR #113
UPPER TUMON, GU

ATTORNEYS (IF KNOWN)
UNKNOWN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☒3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT: ☒ 190 Other Contract; ☐ 195 Contract Product Liability

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**
CAUSES OF ACTION BASED ON CLAIMS ON BREACH OF CONTRACT, ~~UNFAIR BUSIN~~ DIVERSITY ACTION UNDER 28 USCS §1332

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 460,000.00
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**

DATE: 09-05-03
SIGNATURE OF ATTORNEY OF RECORD: [signature]

RECEIVED SEP 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:03-cv-00034  Document 1  Filed 09/11/2003  Page 1 of 1

MUN SU PARK, ESQ.
LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel:   (671) 647-1200
Fax:   (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD



FILED
DISTRICT COURT OF GUAM
SEP 11 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

PEOPLE HOLDINGS CO., LTD.,  )  Civil Case No. **03-00034**
        Plaintiffs,  )
    vs.  )  VERIFIED COMPLAINT
SUN Y. WAKUGAWA, KOWON  )
SHIPPING CORP., and SINO  )
TRADING GUAM, INC.  )
        Defendants.  )

### Jurisdiction and Venue

1.  This is a complaint for breach of contract and damages for false representations as to DRMO (Defense Reutilization & Marketing Office) metal scrap located in the US Naval Base on Guam. This court has jurisdiction of the above-entitled action under 28 USCS Section 1332 by virtue of the diversity of citizenship of the parties. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2.  Venue properly lies in this District because defendants are doing business in this District and because the unlawful acts of all defendants have occurred and continue to occur in this District.

### The Parities

3.  Plaintiff is, and at all times mentioned in this complaint was a corporation duly organized, licensed, and existing the laws of the Republic of Korea, with its principal

1

ORIGINAL

office located at Hanyang Bldg. 2nd Floor 1-17, Chung-dong, Jung-gu, Seoul, Korea.

4. Upon and information and belief, Defendant Ms. SUN (CHOI) YOUNG WAKUGAWA is an individual, a resident of Guam, and President of both KOWON SHIPPING CORP. and SINO TRADING GUAM INC.

5. Upon information and belief, Defendant KOWONG SHIPPING CORP. is a corporation organized and existing under the laws of Guam.

6. Upon information and belief, Defendant SINO TRADING GUAM, INC.. is a corporation organized and existing under the laws of Guam.

### Factual Allegations

7. Plaintiff is engaged in the business of international trade.

8. On or about January 29, 03, Defendants KOWON SHIPPING CORP. and SUN Y. WAKUGAWA entered into a contract with DRMO (Defense Reutilization & Marketing Office, Hawaii with respect to DRMO scrap metal located on US Naval Base on Guam, Contract No. 50-3705-0001. (Exhibit 1).

9. On or about February 28, 2003, Plaintiff through its agent, as buyer, and Defendant SUN Y. WAKUGAWA and KOWON SHIPPING CORP, as seller, entered into a contract for the purchase and sale of DRMO metal scrap located in the US Naval Base on Guam.

10. On or about February 28, 2003, Defendants received from Plaintiff about $40,000.00.

11. On or about March 5, 10, and 12, 2003, Plaintiff deposited into a DRMO account in Bupyong, Korea, the total amount of $92,500.

12. On or about April 10, 2003, Plaintiff, as buyer, and Defendant Ms. SUN (CHOI) YOUNG WAKUGAWA as a President of Sino Trading Guam, Inc. entered into a contract for the purchase and sale of DRMO metal scrap located in US Naval Base on

2

Guam. (Exhibit 2)

13. On or about April 11 and 15, 2003, Defendants received from Plaintiff about $17,500.00.

14. On or about April 18, 2003, Plaintiff sent $56,000.00 to Defendant via wire transfer.

15. On April 22, 2003, Defendants owed to Plaintiff Two Hundred Six Thousand Dollars ($206,000.00) and the DRMO steel scrap located in the US Naval base had to be exported to Plaintiff.

16. On April 22, Defendants sent Plaintiff the notice of cancellation saying that Defendants decided to cancel loading operations. In the notice of cancellation, the sum of $176,803.06 was found to be due from plaintiff to defendant, but the all of the items mentioned in the notice were wrongfully and fraudulently charged against plaintiff by defendant. (Exhibit 3)

17. On April 26, 2003, Defendant sent Plaintiff the notice of contact cancellation saying that plaintiff retain no right to the metallic scrap contracted to Plaintiff. (Exhibit 4)

18. Defendants attempted to sell the said metallic scrap to other corporation called Rising Year, International Guam Corp.

## COUNT I

## BREACH OF CONTRACT

19. Up to April 22, 2003, Defendants have received an advance payment of Two Hundred Six Thousand Dollars ($206,000.00), but Defendants have/has breached the contract by failing to ship DRMO metal scrap to Plaintiff or attempting to sell DRMO metal scrap to another company.

20. Plaintiff, in reliance to the contract, arranged a vessel for shipments and has been damaged in the amount of Two Hundred Thousand Dollars ($200,000.00).

3

21. Defendants for the purpose of cheating and defrauding plaintiff, prepared and sent the notices of cancellation in which fraudulent charges set out in account stated. (Exhibit 3)

22. As a result of Defendant s failure to ship metal scrap to Plaintiff, Plaintiff has been damaged in an amount to be proved at trial.

23. Plaintiff will suffer great harm if Defendants export the DRMO metal scrap currently located in the US Naval Base on Guam for sale and disposition by means other than those required by the contract.

24. The aforesaid acts of defendants have caused and will continue to cause plaintiff s irreparable injury unless restrained by this Court. Plaintiff have no adequate remedy at law.

WHEREFORE, plaintiff prays for Judgment against the Defendants, jointly and severally, and respectfully pray that this Court grant the following relief as to each of the above cause of action;

A. Specific Delivery of the DRMO metal scrap located in the US Naval Base on Guam to Plaintiff.

B. Preliminarily enjoining and restraining defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all those in active concert or participation with them, from exporting the DRMO metal scrap currently located in the US Naval Base on Guam, or any sale of the aforesaid DRMO metal scrap by means other than applying all net profits from said sale to the debt owed by Defendants to Plaintiff.

C. Imposing a constructive trust over Defendant s profits and requiring Defendants to account for and pay over to Plaintiff, respectively, all profits realized by them from their sale of the DRMO metal scrap currently located in the US Naval Base on

4

1 | Guam.

2 |     D.    Awarding judgment to Plaintiff for compensatory damages in an amount
3 | of Four Hundred Sixty Thousand Dollars ($460,000.00).

4 |     E.    Awarding plaintiffs exemplary and punitive damages as allowed by law;

5 |     F.    Awarding plaintiff its costs os suit incurred therein;

6 |     G.    Awarding plaintiff reasonable attorney's fees and expenses incurred in this
7 | action;

8 |     H.    Awarding plaintiff prejudgment interest as authorized by applicable law;
9 | and

10 |     I.    Granting plaintiff such other and further relief as this Court deems to be
11 | reasonable and necessary and just.

12 | Dated this 4th day of September, 2003.

13 |

14 | LAW OFFICE OF PARK
  | Counsel for Plaintiff

15 |

16 | BY: _____
  | MUN SU PARK

## VERIFICATION

I, MUN SU PARK, being duly sworn, deposed and says that:

I am an attorney at law duly admitted and licensed to practice before all courts of this Territory. I have my professional office at Suite 113, East West Business Center, Upper Tumon, Guam, 96913.

I am the attorney of record for Plaintiff in the above-captioned matter.

Said Plaintiff are absent for the city or town in which I have my office and for that reason I am making this verification on its behalf.

I have read the foregoing Verified Complaint and know the contents thereof and that the same are true of my own knowledge except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the territory of Guam that the foregoing is true and correct.

Executed this 4th day of September, 2003 in Upper Tumon, Guam.

*/s/ Mun Su Park*
MUN SU PARK

ALL COMMUNICATIONS SHOULD INCLUDE THE CONTRACT NUMBER SHOWN IN BLOCK 6 BELOW

| NOTICE OF AWARD, STATEMENT, AND RELEASE DOCUMENT | | 1. PAGE 01 | OF |
|---|---|---|---|
| 2. DEFENSE REUTILIZATION & MARKETING OFFICE – HAWAII P.O. BOX 75298 KAPOLEI, HI 96707-0298 | | 3. DATE OF AWARD 01/29/03 | |
| | | 4. INVITATION NO. 30-3705 | |
| | | 5. CONTRACT NO. 50-3705-0001 | |
| | | 7. BIDDER NO. 3001282006 | |
| 6. TO: (Name and address of Purchaser) KOWON SHIPPING CORP WAKUGAWA SUN YOUNG P O BOX 23323 GMF GU 96921 Phone 671 727 5771 FAX 671 649 8551 | | 8. (PAID STAMP) (For Release of Property Only) | |

9. PROPERTY MUST BE REMOVED BY (Final date of removal)
See Block 10

This is to inform you that your firm has been awarded a contract of sale for the following materials as a result of the above numbered invitation to bid.

### 10. SURPLUS AND/OR EXCHANGE/SALE ITEMS

| ITEM NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE / QUANTITY RELEASED |
|---|---|---|---|---|---|
| | LOC DRMO GUAM FPO AP, GU 96540-1900 Free Removal Date: 05/29/03 | | | | |
| 01 | MIXED METALLIC AND | 1 | LT | 92000.00 | 92000.00 |

### 11. RELEASE

An agent of the purchaser obtaining release of the material must present purchaser authorization.

A. I HAVE RECEIVED THE ABOVE LISTED MATERIALS IN THE QUANTITY INDICATED AND HAVE ACCEPTED SAME IN COMPLIANCE WITH THE TERMS OF ABOVE NUMBERED CONTRACT.

TYPED OR PRINTED NAME AND SIGNATURE OF PURCHASER OR AUTHORIZED AGENT

B. RELEASED BY (Signature)

C. DATE | D. VOUCHER NO.

13. SALES CONTRACTING OFFICER (Typed or stamped name and signature) LAURIE CLARK
*Laurie L. Clark*

### 12. STATEMENT OF ACCOUNT

Payment of amount due the U.S. Government must be made prior to removal of any material. Refer to the IFB for all methods of acceptable payment.

| A. TOTAL CONTRACT PRICE | $ | 92,000.00 |
|---|---|---|
| B. Performance Bond | $ | 500.00 |
| C. BALANCE DUE | $ | 92,500.00 |
| D. REFUND DUE | $ | |
| E. STORAGE CHARGES | $ | |
| F. PAYMENT RECEIVED | $ | |
| G. REFUND MADE | $ | |

(Previous editions to be used until exhausted)

DRMS FORM 1427 AUG 98   IMPORTANT NOTICE ON REVERSE

Exhibit 1

[별지 제25호서식]

등부    년 제    호

Registered No. 2003 - 126

# 인 증 서
## NOTARIAL CERTIFICATE

주호놀루루총영사관 하갓냐 출장소
Consulate Agency of the Republic of Korea in Hagatna

Guam, U.S.A.

20208-06811일
93. 11. 10. 승인

210㎜×297㎜ (인쇄용지(특급) 70g/㎡)

Exhibit 2

Case 1:03-cv-00034    Document 1-2    Filed 09/11/2003    Page 8 of 16

# CONTRACT
## 고철 매매계약서

CONTRACT NUMBER : PHD030410     DATE : APR/10/ 2003

THE SELLER :

SINO TRADING GUAM, INC. : P.O.BOX 23323 GMF GUAM 96920

THE BUYER :

㈜피플홀딩스 : 서울시 중구 정동 1-17 한양빌딩 2층

제목 : 2003년 괌내 1)D.R.M.O. 고철 및 기타 SELLER의 공급가능고철에 대하여 SINO TRADING GUAM, INC.과 ㈜피플홀딩스는 아래와 같이 계약하고 계약내용을 충실히 지실하기 위하여 현지 괌 주재 한국영사관에서 된 계약서를 공증한다.

1. Commodity description
1) Commodity : 고철
2) Quantity : 9,000MT(+10%)
3) Unit Price & AMOUNT :-. 4,000MT FOB USD 100/MT  USD400,000
                         -. 5,000MT FOB USD 84/MT   USD420,000
4) 고철품질 : OVERSIZE 괌 고철
5) 분할선적가능

2. 선적선박 및 기간
   1) 선적선박 : M/V PAN BRIGHT
   2) BUYER는 5월 30일 이내에 선적 완료한다.(단 기일이 고의가 아닌 사항으로 경과 시 SELLER는 최대한 통조 기일을 연장하며 추가발생 경비는 BUYER가 부담한다.)

3. 결제방법 및 결제구좌
   1) 총 계약 금액: USD 820,000
   2) 계약금 : USD 132,500
   3) 계약과 동시에 IRREVOCABLE LETTER OF CREDIT
      -. 2,675mt X USD100 = 267,500
      -. 3,800MT X USD84 = 319,200
   4) 선적 시작 전 T/T(외화현찰송금) : USD 100,800

5) 선적된 B/L 상 톤수대로 L/C 를 결재한다.
6) 계약물품의 총 톤수(9,000MT)보다 부족하거나 초과 선적된 경우, 계약된 고철가격에서 더하거나 빼거나 하여 별도로 상호 정산 한다.
7) L/C NEGO 서류 : B/L,PACKING LIST,SURVEY REPORT,INVOICE

4. INSPECTION
1) SELLER 와 BUYER 는 선적 시 고철과 비철 구분 및 이 물질제거를 위한 상호 검사를 하고 BUYER 는 고철 이외의 부분에 대하여 SELLER 에게 분리를 의뢰할 수 있으며 SELLER 는 적극 수용한다.
2) 특히 선적 시 잡철의 고철선적은 BUYER 의 운임에 많은 비용이 들어감으로 SELLER 는 선적 전 선별 작업 시 선별에 적극 협조한다.
3) 선별 이후 도착된 물건에 대하여는 상호이의를 제기 하지 않는다.
4) 품질에 대한 검수는 선적 전 선척방의 검수를 FINAL 로 한다.
5) 선적 시 이 물질(타이어,나무,플라스틱,흙).등은 선별하여 선적한다.

5. 선적된 고철 총 수량은 선적항에서의 지정국재검정회사의 상호 비교하여 중간 평균된 수량으로 정산하며 L/C NEGO 시 문제발생을 없애기 위하여 비교된 중간톤수는 L/C 와 매출도 이후 정산하며 검정료는 각자 부담한다.

6. ㈜피플홀딩스는 괌의 선박대리점에게 선적서류를 SINO TRADING 의 SUN Y WAKUGAWA 만 수령하도록 요청한다.

7. 첨부서류 : SPECIAL CONDITION GURANTEE & ACCEPTANCE

Seller:

SINO TRADING GUAM, INC.
P.O.BOX 23323 GMF GUAM 96920
대표(이사) SUN Y WAKUGAWA

Buyer:
㈜피플홀딩스
서울시 중구 정동 1-17 한양빌딩 2층
대표이사      임유택

WITNESS :                           위임자 :

2003년 4월 10일

# CONTRACT

## PURCHASE AND SALE OF IRON METAL SCRAPAGREMENT

CONTRACT NUMBER: PHD030410    DATE: APR/20/2003

THE SELLER:
SINO TRADING GUAM, INC..: P.O.BOX 23323 GMF GUAM 96920

THE BUYER:
PEOPLE HOLDINGS CO. LTD: HANYANG BLDG. 2ND FLOOR, JUNG-GU JEONG-DONG 1-17, SEOUL, KOREA

CONTENT: As to DRMO metal scrap and other metal scrap, SINO TRADING GUAM INC. and PEOPLEHOLDINGS CO. LTD hereby enter into an agreement as in the below and this contract agreement is notarized by the Korean consulate office on Guam.

1. COMMODITY DESCRIPTION
    1) Commodity: Metal iron scrap
    2) Quantity: 9,000MT (+10%)
    3) Unit Price & AMOUNT:   -4,000MT FOB USD 100/MT USD400,000
                              -5,000MT FOB USD 84/MT USD420.000
    4) Quality of Metal Scrap: OVERSIZE GUAM METAL SCRAP
    5) INSTALLMENT OR SEPARATE LOADING shall be acceptable.

2. LOADING VESSEL AND TIME
    1) LOADING VESSEL: M/V PAN BRIGHT
    2) BUYER IS TO COMPLETE LOADING BEFORE MAY 30 (If the loading is delayed unintentionally, SELLER is to cooperatively extend the loading date and additional expenses shall be paid by BUYER)

3. PAYMENT METHOD AND ACCOUNT
    1) TOTAL CONTRACT PRICE: USD 820,000
    2) DOWNPAYMENT; USD 132,500
    3) UPON FORMATION OF CONTRACT, IRREVCABLE LETTER OF CREDIT
       -2,675mt x USD100 = 267,500
       -3,800MT x USD84 =319,200
    4) Prior to Loading, T/T(CASH TRANSFER, FOREIGN CURRENCY): USD 100,800

5) Settle an account by L/C, according to number of tons of consignment on B/L
6) Settle an account by adding to or subtracting from the total amount of tons on this contract (9,000MT)
7) L/C NEGO documents: B/L, PACKING LIST, SURVEY REPORT, INVOICE

4. INSPECTION
   1) SELLER and BUYER, at the time of shipment, conduct mutual inspection to distinguish iron metal scrap from non-iron metal scrap, and to separate other materials from metal scrap. BUYER can demand the separation and SELLER shall accept BUYER's demand of separation.
   2) In particular, SELLER shall cooperate with BUYER in the process of separating the oversize metal scrap from other metal scrap because of the shipping cost.
   3) With regard to the metal scrap arrived after the separation process, no complaint shall be made.
   4) The inspection on the quality of metal scrap prior to consignment shall be final.

5. The total number of tons of consignment shall be compared to the one estimated by designated international inspection company, and the average number of tons shall be utilized to settle an account. To avoid any problem of L/C NEGO, the differences in the average number of tons will be settled separately later. Each party shall pay the inspection cost.

6. PEOPLE HOLDINGS CO. LTD. shall request Guam's forwarding agent to have only SUN Y. WAKUGAWA of SINO TRADING receive any shipping document.

7. ATTACHED DOCUMENT: SPECIAL CONDITION GURANTEE & ACCEPTANCE

Seller:
SINO TRADING GUAM, INC.
P.O.BOX 23323 GMF GUAM 96920
PRESIDENT: SUN Y. WAKUGAWA

Buyer:
PEOPLE HOLDINGS CO. LTD.
JOON-GU JEONG-DONG 1-17, HANYANG BLDG 2ND FLOOR
SEOUL, KOREA
PRESIDENT: IM YOO TAEK

WITNESS:   /singed/                    authorized representative: /signed/
                                       Date: April 10, 2003.

**SPECIAL CONDITIONS : GUARANTEE AND ACCEPTANCE**

1. ALL OF THE DOCUMENTS INDICATED HEREIN AND PREPARED BY THE VESSEL AGENT OF THE M/V 'PAN BRIGHT' ARE TO BE PROVIDED SOLELY TO THE SHIPPER, SUN Y. WAKUGAWA.

2. UPON PRESENTATION OF THE FOLLOWING DOCUMENTS BY THE SHIPPER TO THE RECEIVING BANK 100% OF THE FUNDS OF THE L/C ARE TO BE RELEASED TO SAID SHIPPER.

    A. THREE CLEAN ON BOARD BILLS OF LADING (3/3)
    B. THREE COMMERCIAL INVOICES (3/3)
    C. THREE PACKING LISTS (3/3)
    D. THREE CARGO MANIFESTS (3/3)
    E. TWO VESSEL DRAFT SURVEYS (2/2)

    (ALL OF THE DOCUMENTS ARE TO BE THE ONLY ORIGINALS PRODUCED AND ARE TO BE SIGNED AND STAMPED BY THE VESSEL MASTER OF THE M/V 'PAN BRIGHT'.)

3. PARTIAL SHIPMENT IS ALLOWED AND ACCEPTED. SHORT TONNAGE / QUALITY / OVERSIZED MATERIAL IS ACCEPTABLE AND CONSTITUTES RELEASE OF ALL FUNDS IN THE L/C TO THE SHIPPER REGARDLESS OF AMOUNTS AND INDICATIONS ON ANY OF THE ABOVE PRESENTED DOCUMENTS TO THE RECEIVING BANK.

ALL CHARGES ASSOCIATED WITH AND FOR THE LOADING OF THE VESSEL M/V 'PAN BRIGHT' TO INCLUDE BUT NOT LIMITED TO STEVEDORING, AGENCY FEES, DEMMURAGE AND PENALTY FEES ARE SOLELY THE RESPONSIBILITY OF THE BUYER AND OR VESSEL OWNER. THE SHIPPER SHALL BE BURDENED WITH NO SUCH CHARGES.

NOTE: THE OPEN L/C MUST BE CONFIRMED BY THE 14TH OF APRIL, 2003 – 1500H (LOCAL TIME) PRIOR TO THE CLOSE OF THE RECEIVING BANK ON GUAM. ALL WIRE TRANSFERS AND OPENING OF THE L/C MUST BE CONFIRMED BY THE SHIPPER AS WELL AS THE SENDING OF SUCH RECEIPTS AND NOTICES OF SUCH TRANSACTIONS TO THE SHIPPER VIA FACSIMILE (671) 646-4785 BY THE MENTIONED DATE AND TIME.

SHOULD THE BUYER FAIL TO MEET THESE REQUIREMENTS SHIPPER SHALL DEEM ALL CONTRACTS AND AGREEMENTS CONCERNING THE LOADING OF SCRAP CARGO WITH THE BUYER AS NULL AND VOID.

WITNESS

JONG SUNG PARK

Apr. 11, 2003

RIM, YONG WOO
CONSIGNEE/BUYER REPRESENTATIVE

〔별지 제34호서식〕

| 위 번역문은 원문과 상위없음을 | I swear that the attached translation is true to the original. |
| 서약합니다. | |
| 서약인 Mun Su Park 인 | _____ signature |

| 등부 년 제 호 | Registered No. 2003 - 126 |
| 인 증 | Notarial Certificate |
| 위       은 | CONTRACT    personally |
| 본직의 면전에서 위 번역문이 원문과 상이없 | appeared before me, confirmed that |
| 음을 확인하고 서명 날인하였다. 이 공관에 | the attached translation is true to the |
| 서 위 인증한다. | original and subscribed his(her) name. |
| 년 월 일 | This is hereby attested |
| | on this         day of |
| | at this office. |

TAE YEOL KWAK
VICE CONSUL

성명 :

직위 :

재외공관명칭 : 주호놀루루총영사관 하갓냐 출장소

Consulate Agency of the Republic of Korea in Hagatna

소재지 : 미국 하갓냐

Guam, U.S.A.

20208-07511일
93. 11. 10. 승인

210㎜×297㎜ (인쇄용지(특급) 70g/㎡)

**KOWON SHIPPING CORPORATION**

22 April 2003

Rim, Yong Woo
Representative
PEOPLE'S HOLDING CO., LTD.
Seoul, Korea

Via facsimile : 82-2

Dear Mr. Rim:

### RE: NOTICE OF CANCELLATION

Please let this serve as notice that I have reluctantly decided to cancel loading operations of the M/V 'PAN BRIGHT'.

Based on our contract no. PHD030410 with the attached special conditions, you have not met your commitment concerning payment for the scrap and I have further been unable to verify any L/C's as mutually agreed although we have been ready for loading since 21 April 2003.

Additionally, this breach of contract on your part has resulted in substantial costs for the removal of cargo from DRMO Guam. They are as follows:

| | | | |
|---|---|---|---|
| 1. | Trucking from DRMO to staging/storage site | - | USD 40,000.00 |
| 2. | Loading Fees at PAG + 20% standby and penalty | - | 76,950.00 |
| 3. | Scrap Storage Fee | - | 12,000.00 |
| 4. | Trucking to PAG Commercial Port | - | 30,000.00 |
| 5. | Cancellation Fees (Current) Est. | - | 8,000.00 |
| 6. | Non-Ferrous Shipment Invoice (04 Dec. 2002) | - | 9,853.06 |
| | | | USD 176,803.06 |

Due to the reasons stated above it is my difficult duty to cancel this shipment and mentioned contract with your company. Please make arrangements with your agent for immediate departure from Tango Pier.

I sincerely hope that we may sell cargo to you in the future provided you have logistically prepared and executed payment for such a type of operation that is mutually agreeable to you and I.

Sincerely,

Sun (Chol) Y. Wakugawa
President

cc: RCL/FRR/file
DRMO-Guam/Navy Port Ops/ISS-Agent

**Exhibit 3**



## KOWON SHIPPING CORPORATION

26 April 2003

Rim, Yong Woo
Representative
PEOPLE'S HOLDING CO., LTD.
Seoul, Korea

Dear Mr. Rim:

### RE: NOTICE OF CONTRACT CANCELLATION

Further to my letter dated 22 April 2003 concerning the cancellation of loading of the M/V 'PAN BRIGHT' please note that as indicated within the special conditions of contract no. PHD030410 your inability to meet your payment commitment *nullifies all previous and current agreements and contracts*. This being the case you retain no rights to the metallic scrap contracted to you.

Though this is the case, we are still very much interested in selling metallic scrap to People's Holding Co. and as such a completely new contract would need to be drafted and agreed to by you and I.

Kowon Shipping currently is sourcing buyers for 4,500.000M/T of metal scrap and would consider a purchase of this cargo from your company. However we would strongly enforce any and all payments for 4,500.000M/T to be conducted via telegraphic transfer, i.e. USD 150,000.00 transferred prior to loading and the remaining balance prior to completion of loading.

Should you be able to offer a competitive price per metric ton for the purchase of our scrap we would like to sell our cargo to your company.

Sincerely,

Sun Y. Wakugawa
President

cc: RCL/FRR/file
DRMO-Guam/Navy Port Ops/ISS-Agent

Exhibit 4