MUN SU PARK, ESQ.
LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel: (671) 647-1200
Fax: (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

**FILED**
DISTRICT COURT OF GUAM
SEP 11 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

PEOPLE HOLDINGS CO., LTD.,

    Plaintiffs,

vs.

SUN Y. WAKUGAWA, KOWON SHIPPING CORP., and SINO TRADING GUAM, INC.

    Defendants.

Civil Case No. 03-00034

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff PEOPLE HOLDINGS CO., LTD., moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, for an issuance of order enjoining and restraining defendants SUN Y. WAKUGAWA, KOWON SHIPPING CORP., and SINO TRADING GUAM, INC., and all those acting in concert and/or participating with it, from selling, transferring, offering to sell, or disposing of approximately 3,000 tons of DRMO metal scrap located in the US Naval Base on Guam, during the pendency of this action.

This application is based on the Verified Complaint, the accompanying exhibits attached thereto, such matters of which this Court may take judicial notice and such evidence and argument as may be presented at the hearing.

Dated this 9th day of September, 2003.

LAW OFFICE OF PARK

_____
MUN SU PARK, ESQ.

ORIGINAL