Christopher Allen
PMB 386
270 N. Marine dr. Suite 101
Tamuning, Guam. 96911
Fee for Service $35

FILED
DISTRICT COURT OF GUAM
SEP 17 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

PEOPLE HOLDINGS CO., LTD )
        Plaintiff, )
         )
         )
    VS. )
SUN Y. WAKUGAWA, KOWON )
SHIPPING CORP., and SINO )
TRADING GUAM, INC. )
        Defendant, )
         )

CASE NO: 03-00034

DECLARATION OF SERVICE [X] SERVED
NON - SERVICE [ ]

I, Christopher E. Allen, declare that I am a licensed Process Server in the Territory of Guam, and I am not a party in the forementioned case, and that;

personally served upon SINO TRADING GUAM, INC. THRU* TOMMY TANAKA JR., the documents listed below, at

T S TANAKA BLDG. STE 200/AGANA

on the 12th day of SEPTEMBER, at the hour of 3:00pm.

Note 475-2107

DOCUMENTS SERVED: SUMMONS VERIFIED COMPLAINT/VERIFICATION EXHIBIT #1 thru #4

TOMMY TANAKA JR. IS THE OWNER OF SINO TRADING GUAM, INC.

Attempts Made: [ ]
Comments: SINO TRADING HAS THE SAME PHONE NUMBER AS GUAM CONCRETE BUILDERS. Also see 1st. stop garden center on Pickenel Rd. Tamuning 647-9246

"I declare under the penalty of perjury that the foregoing is true and correct"

Court Date: N/A 20 days from the above date.
Time: N/A

Signed Received: ✱

CHRISTOPHER E. ALLEN
SPECIAL PROCESS SERVER, SP 0365-99

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF** GUAM

PEOPLE HOLDINGS CO., LTD

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **03-00034**

SUN Y. WAKUGAWA,
KOWON SHIPPING CORP., and
SINO TRADING GUAM, INC.

TO: (Name and address of defendant)

> SINO TRADING GUAM, INC.
> P.O. Box 23323
> G.M.F. Barrigada, GU 96921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MUN SU PARK, ESQ
LAW OFFICE OF PARK
744 N. MARINE DR. SUITE 113
UPPER TUMON, GUAM 96913

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: SEP 11 2003

CLERK

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/12/03 |
| NAME OF SERVER (PRINT) CHRISTOPHER E. ALLEN SP 0365-99 | TITLE SPECIAL PROCESS SERVER SP 0365-99 |

Check one box below to indicate appropriate method of service

d

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: CA  DEFENDANTS: SUN Y. WAKUGAWA and KOWON SHIPPING HAVE BEEN SERVED

☒ Other (specify): SINO TRADING GUAM, INC. HAVE BEEN SERVED

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES SERVING CIVIL SUMMONS | TOTAL $70.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/12/03
Date

Signature of Server

43 B. Calle Damian/Toto
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.