Christopher Allen
PMB 386
270 N. Marine dr. Suite 101
Tamuning, Guam. 96911
Fee for Service $35

FILED
DISTRICT COURT OF GUAM
SEP 17 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

PEOPLE HOLDINGS CO., LTD )   CASE NO: 03-00034
        Plaintiff, )
         )
         )   DECLARATION OF SERVICE [X] SERVED
      VS. )   NON - SERVICE [ ]
SUN Y. WAKUGAWA; KOWON )
SHIPPING CORP., and SINO )
TRADING GUAM, INC. )
        Defendant, )
         )

I, Christopher E. Allen, declare that I am a licensed Process Server in the Territory of Guam, and I am not a party in the forementioned case, and that; SUN Y. WAKUGAWA & KOWON SHIPPING CORP.

personally served upon ___114 VIVIAN WAY/JONES TOWN TAMUNING___, the documents listed below, at

on the __16 th__ day of __SEPTEMBER__, at the hour of __12:45pm__.

Note __678-5404__

DOCUMENTS SERVED: _summons_ VERIFIED COMPLAINT/ VERIFICATION/EXHIBIT #1 thru #4

Attempts Made: [ ]
Comments : ___

" I declare under the penalty of perjury that the foregoing is true and correct"

Court Date: __N/A 20 days from above date.__
Time: __N/A__

Signed Received: _For James Park  S.Y. Wakugawa_

CHRISTOPHER E. ALLEN
SPECIAL PROCESS SERVER, SP 0365-99

# United States District Court

DISTRICT OF **GUAM**

**PEOPLE HOLDINGS CO., LTD**

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **03-00034**

SUN Y. WAKUGAWA,
KOWON SHIPPING CORP., and
SINO TRADING GUAM, INC.

TO: (Name and address of defendant)

Ms. Sun Y. Wakugawa
P.O. Box 23323
G.M.F. Barrigada, GU 96921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MUN SU PARK, ESQ
LAW OFFICE OF PARK
744 N. MARINE DR. SUITE 113
UPPER TUMON, GUAM 96913

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

SEP 11 2003

CLERK

DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **GUAM**

**PEOPLE HOLDINGS CO., LTD**

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **03-00034**

SUN Y. WAKUGAWA,
KOWON SHIPPING CORP., and
SINO TRADING GUAM, INC.

TO: (Name and address of defendant)

Ms. Sun Y. Wakugawa
President, Kowon Shipping Corporation
P.O. Box 23323
G.M.F. Barrigada, GU 96921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MUN SU PARK, ESQ
LAW OFFICE OF PARK
744 N. MARINE DR. SUITE 113
UPPER TUMON, GUAM 96913

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

SEP 11 2003

CLERK _(signature)_

(BY) DEPUTY CLERK                     DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/12/03 |
| NAME OF SERVER (PRINT) CHRISTOPHER E. ALLEN   SP0365-99 | TITLE SPECIAL PROCESS SERVER SP0365-99 |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: T S TANAKA BLDG. STE 200/AGANA
DEFENDANT SINO TRADING GUAM, INC. HAVE BEEN SERVED

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): SUN Y. WAKUGAWA, KOWON SHIPPING CORP. HAVE BEEN SERVED

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES SERVING OF CIVIL SUMMONS | TOTAL $70.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/03 CA  9/16/03 CA
Date

Signature of Server

43 B. Calle Damian / Toto
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.