Mun Su Park, Esq.
Law Offices of Park & Associates
East West Business Center
744 North Marine Drive, Suite 113
Upper Tumon, Guam 96913
Telephone: (671) 647-1200
Facsimile: (671) 647-1211

Counsel for Plaintiff
PEOPLE HOLDINGS CO., LTD.

FILED
DISTRICT COURT OF GUAM
NOV 24 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., ) | CASE NO. 03-00034 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF DISMISSAL WITH** |
| vs. ) | **PREJUDICE** |
| ) | |
| SUN Y. WAKUGAWA, KOWON SHIPPING ) | |
| CORP., AND SINO TRADING GUAM, INC., ) | |
| ) | |
| Defendant. ) | |

COME NOW, People Holdings Co., Ltd. ("People Holdings") and hereby dismisses this action against Sino Trading Guam, Inc. ("Sino Guam") with prejudice and not to any other party.

People Holdings and Sino Guam shall bear their own attorneys' fees and costs.

People Holdings preserves all of its claims and defenses against Sun Wakugawa and Kowon Shipping Corp. their agents, officers, directors, successors and assigns with respect to the matters raised in this action

Dated this 21st day of November, 2003.

LAW OFFICES OF PARK & ASSOCIATES

By: _____
MUN SU PARK

**ORIGINAL**

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 03-00034

1