LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel:    (671) 647-1200
Fax:    (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., | Civil Case No. **03-00034** |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SCHEDULING CONFERENCE AND ORDER** |
| SUN Y. WAKUGAWA and KOWON SHIPPING CORP. | |
| Defendants. | |

Come now the Parties in the above entitled case, plaintiff PEOPLE HOLDINGS CO., LTD., by and through undersigned counsel, and the defendants SUN Y. WAKUGAWA and KOWON SHIPPING CORP., through counsel, the hereto and stipulate to continue a Scheduling Conference in order to enlarge the periods of filing a proposed Scheduling Order and a proposed Discovery Plan for additional thirty (30) days. For the thirty days period commencing from the date of December 10, 2003, the Parties are to engage in a prompt and earnest settlement or resolution of the case. This request is

//

//

//

//

//

//

made solely in the interest of justice and not for purpose of delay.

IT IS SO STIPULATED.

| LAW OFFICE OF PARK | THE VANDEVELD LAW OFFICES, P.C. |
|---|---|
| By: *signature* | *signature* |
| MUN SU PARK, ESQ. | CURTIS C. VAN DE VELD, ESQ. |
| Attorney for Plaintiff | Attorney for Defendants |
| Date: 12/10/03 | Date: 10 DEC 03 |

***ORDER***

IT IS HEREBY ORDERED that a Scheduling Conference is set to the 20th day of January, 2004, at 2:30 p.m. The proposed Scheduling Order and Discovery Plan shall be lodged with the Court by January 13, 2004.

Date: DEC 10 2003

HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
DEC 10 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM