**LAW OFFICE OF PARK**
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel:     (671) 647-1200
Fax:     (671) 647-1211
Counsel for counterclaim-defendant PEOPLE HOLDINGS CO., LTD

FILED
DISTRICT COURT OF GUAM

DEC 16 2003

MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES
## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

PEOPLE HOLDINGS CO., LTD.,       )      Civil Case No. 03-00034
                                    )
           Plaintiffs,       )
                                    )      **ANSWER TO COUNTERCLAIM**
           vs.              )
                                    )
SUN Y. WAKUGAWA , KOWON       )
SHIPPING CORP.,                  )
           Defendants.       )
_____ )

**ANSWER OF PLAINTIFF PEOPLE HOLDINGS CO., LTD. TO COUNTERCLAIM**

COME NOW, Counterclaim Defendant PEOPLE HOLDINGS CO., LTD, by and through

their attorney of record, Mun Su Park, Esq., of the Law Office of Park, and hereby files its answer

to the Counterclaim as follows:

       1.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph A.

       2.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph B.

       3.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph C.

       4.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph D.

       5.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph E.

       6.        Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

contained in Paragraph F.

ORIGINAL

1    7.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD  admit to the allegations

2  contained in Paragraph G.

3    8.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD  admit to the allegations

4  contained in Paragraph H.

5    9.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

6  contained in Paragraph I.

7    10.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD  admit to the allegations

8  contained in Paragraph J.

9    11.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

10  contained in Paragraph K.

11    12.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

12  contained in Paragraph L.

13    13.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD admit to the allegations

14  contained in Paragraph M.

15    14.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

16  contained in Paragraph N.

17    15.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

18  contained in Paragraph O

19    16.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

20  contained in Paragraph P.

21    17.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

22  contained in Paragraph Q.

23    18.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

24  contained in Paragraph R.

25    19.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

26  contained in Paragraph S.

27    20.    Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations

28  contained in Paragraph U.

21.     Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations contained in Paragraph V.

22.     Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations contained in Paragraph W.

23.     Counterclaim Defendant PEOPLE HOLDINGS CO., LTD deny to the allegations contained in Paragraph X.

## AFFIRMATIVE DEFENSES

24      Counterclaim Defendant PEOPLE HOLDINGS CO., LTD allege that the cause of action set forth in Counterclaim fails to state accurate facts sufficient to any cause of action against Counterclaim-Defendant.

25.     Counterclaim-defendant PEOPLE HOLDINGS CO., LTD allege that counterclaim-plaintiffs are barred from enacting any cause of action against the counterclaim-defendants, as counterclaim-plaintiffs have failed to provide consideration.

26.     Counterclaim Defendant PEOPLE HOLDINGS CO., LTD allege that counterclaim-plaintiff is barred from enacting any cause of action against Counterclaim Defendant because Counterclaim-plaintiffs have unclean hands.

WHEREFORE, counterclaim-defendant pray as follows:

1.      That counterclaim-plaintiffs takes nothing from their counterclaim;

2.      A judgment of dismissal be entered in favor of counterclaim-defendant;

3.      Counterclaim-defendant be awarded the costs of suit incurred; and

4.      counterclaim-defendant be awarded for such other and further relief as the court deems proper.

**Respectfully** submitted this 16th day of December, 2003.

**Law Office Of Park**

By: _____
**MUN SU PARK, ESQ**
**Attorney for counterclaim-defendant**

C:\My Files\FEDERAL\PEOPLE HOLDINGS\ANSWER.wpd