LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel: (671) 647-1200
Fax: (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

FILED
DISTRICT COURT OF GUAM
DEC 16 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP. <br><br> Defendants. | Civil Case No.03-00034 <br><br> **EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff PEOPLE HOLDINGS CO., LTD., moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, and request an expedited ex parte hearing therefor, for an order temporarily restraining Defendants and all those acting in concert and/or participating with them, from selling, transferring, or exporting of the DRMO metal scrap currently located in the US Naval Base on Guam for which plaintiff paid, during the pendency of this action.

This application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure. This application is based on the grounds that defendant's acts of selling or exporting the DRMO metal scrap currently located in the US Naval Base on Guam for which plaintiff paid will cause irreparable injury and frustrate the relief Plaintiff seek in this action.

This application is based on the Verified Complaint, declarations, the accompanying exhibits attached thereto, such matters of which this Court may take judicial notice and such evidence and argument as may be presented at the hearing.

Dated this 16th day of December, 2003.

LAW OFFICE OF PARK

*/s/ Mun Su Park/*

MUN SU PARK, ESQ.

ORIGINAL