DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP., <br><br> Defendants. | CIVIL CASE NO. 03-00034 <br><br><br><br> ORDER |

On December 12, 2003, the parties stipulated to continue the Scheduling Conference to January 20, 2004. The parties also agreed to lodge a proposed Scheduling Order and Discovery Plan with the Court by January 13, 2004. To date, however, no such proposal has been lodged. Accordingly, the parties are ordered to submit a proposed Scheduling Order and Discovery Plan no later than April 20, 2004. Failure to do so may result in the issuance of an order to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED this 12th day of April, 2004.

JOHN S. UNPINGCO
District Judge