DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SUN Y. WAKUGAWA and<br>KOWON SHIPPING CORP.,<br><br>Defendants. | CIVIL CASE NO. 03-00034<br><br>ORDER TO SHOW CAUSE |

On April 12, 2004, the parties were ordered to submit a proposed Scheduling Order and Discovery Plan by April 20, 2004. To date no such pleading has been lodged with the Court. Pursuant to Rule LR 16.2(b) of the Local Rules of Practice for the District Court of Guam, the Plaintiff is responsible for drafting the proposed Scheduling Order and Discovery Plan.

The Court notes that this case was initiated by the Plaintiff on September 11, 2003, yet more than 6 months later, the parties have still not submitted a proposed Scheduling Order and Discovery Plan which details how and when this case will proceed to trial. Accordingly, the plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff's written response to this Order to Show Cause shall be filed no later than 10 days following service of this Order on plaintiff's counsel.

SO ORDERED this 30th day of April, 2004.

_____
JOHN S. UNPINGCO
District Judge