MUN SU PARK, ESQ.
LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel:  (671) 647-1200
Fax:  (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

# IN THE UNITED STATES DISTRICT COURT OF GUAM TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP. <br> Defendants. | Civil Case No. 03-00034 <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff PEOPLE HOLDINGS CO., LTD., hereby responds to Order to Show Cause why this instant case should not be dismissed for failure to prosecute as follows:

1. On April 12, 2004, the parties were ordered to submit a proposed Scheduling Order and Discovery Plan by April 20, 2004.

2. I, counsel for plaintiff, was off-island from April 8, 2004 through April 20, 2004, because my wife in Korea was about to deliver a baby during that period. I filed one copy of off-island notice to Chief Judge, District Court of Guam for this matter.

3. As soon as I returned to Guam, I believe I picked up the order at clerk's office in the afternoon of April 20, 2004.

4. For this reason, until April 20, 2004, I was not aware that I was ordered to submit a proposed Scheduling Order and Discovery Plan by that day.

5. I have been concerned about the need for judicial oversight over the progress of this-captioned case, pursuant to FRCP 16(b).

//

//

ORIGINAL

Response to Order to Show Cause
page two

6. In this regard, on January 22, 2004, I drafted proposed Scheduling Order and sent it to the Vandeveld Law offices, P.C.. (Exhibit __)

7. On February, 2004, my client, a company incorporated in Korea, was consulting with attorneys in Korea about the litigation of this dispute in the Korean court. I had to be concerned about the Korean side of litigation.

8. Under my initiative, both parties finally signed Scheduling Order and Discovery Plan at Attorney Vandeveld's office on May 6, 2004. (Filed on May 7, 2004).

9. From now on, both parties will do their best for the orderly administration of justice.

10. I will be off island to see my newly-born baby from May 8, 2004 to May 16, 2004.

LAW OFFICE OF PARK
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD..

BY: _____
MUN SU PARK

Dated: May 7, 2004

```
 1  LAW OFFICE OF PARK
    East-West Business Center, Suite 113
 2  744 N. Marine Drive
    Tumon, Guam 96913
 3  Tel:    (671) 647-1200
    Fax:    (671) 647-1211
 4  Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD
```

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| PEOPLE HOLDINGS CO., LTD., | ) | Civil Case No. **03-00034** |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| SUN Y. WAKUGAWA and KOWON | ) | |
| SHIPPING CORP. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

   Breach of Contract, Diversity Action

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at this time

   b) The following motions have been resolved:

   Not applicable

   c) The following formal discovery has been initiated:

3. No further parties or claims shall be added.

4. All Motions to amend pleadings shall be filed on or before:

   The date has passed.

Exhibit "1"

PEOPLE HOLDINGS CO., LTD v. SUN Y. WAKUGAWA, et al., Civil Case No. 03-00034
Scheduling Order

5. Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The discovery cut-off date (defined as the last day to file responses to discovery) is June 21, 2004.

7. a) The anticipated discovery motions are:

Plaintiff anticipates filing a motion for leave to serve additional Requests for Admissions.

b) All discovery motions shall be filed on or before June 28, 2004. These motions will be heard on or before July 23, 2004.

c) All dispositive motions shall be filed on or before July 23, 2004.

8. The prospects for settlement are:

Unknown at this time

9. The Preliminary Pretrial Conference shall be held on August 17, 2004 at 3:00 p.m. (no later than 21 days prior to the trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibits lists shall be filed on or before September 7, 2004 (no later than 14 days prior to Trial).

11. The Proposed Pretrial Order shall be filed on or before September 7, 2004 (no later than14 days prior to Trial).

12. The Final Pretrial Conference shall be held on August 26, 2004, at 3:00 p.m. (no later than 7 days prior to Trial0.

13. The Bench Trial shall be held on September 21, 2004 at 9:30 a.m.

14. The Plaintiff seeks a bench trial

15. It is anticipated that it will take two (2) or three (3) days to try this case.

PEOPLE HOLDINGS CO., LTD v. SUN Y. WAKUGAWA, et al., Civil Case No. 03-00034
Scheduling Order

16. The names of counsel in this case are:

   Mun Su Park, Esq. For Plaintiff People Holdings Co., Ltd.

   Curtis Van de Veld, Esq. For Defendants.

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

   None at this time

19. The following issues will affect the status or management of the case:

   Unknown at this time.

Date: _____

_____
**HONORABLE JOHN S. UNPINGCO**
**CHIEF JUDGE, DISTRICT COURT OF GUAM**

APPROVED AS TO FORM AND CONTENT:

Dated: January 22, 2004.                LAW OFFICE OF PARK

                                        BY:_____
                                        MUN SU PARK, ESQ.
                                        Attorney for Plaintiff

Dated: January ____, 2004.              THE VANDELVELD LAW OFFICES, P.C.

                                        BY:_____
                                        CURTIS C. VAN DE VELD, ESQ.
                                        Attorney for Defendants