LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel:    (671) 647-1200
Fax:    (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

FILED
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP. <br><br> Defendants. | Civil Case No. **03-00034** <br><br> DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD |

I, **Mun Su Park, Esq.**, hereby declare and state as follows:

1. I am a resident of Guam, over the age of eighteen (18), and an attorney duly licensed to conduct the business of law within this jurisdiction.

2. I am a licensed member of the Law Office of Park, who is the attorney of record for the Plaintiff in the above-captioned and numbered case.

3. It would be very difficult to continue to effectively represent the plaintiff without the cooperation and assistance of the plaintiff.

Dated this 16th day of August, 2005.

MUN SU PARK, ESQ.

Case 1:03-cv-00034    Document 21    Filed 08/16/2005    Page 1 of 1