DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00034    DATE: August 17, 2005

CAPTION: PEOPLE HOLDINGS, CO., LTD. -vs- SUN Y. WAKUGAWA, ET AL
*************************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. Hattori
Court Recorder: Leilani Toves Hernandez    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:13:29 - 3:25:10; 3:26:56 - 3:33:06    CSO: J. McDonald
************************************ APPEARANCES ************************************

COUNSEL FOR PLAINTIFF(s):    COUNSEL FOR DEFENDANT(s):

MUN SU PARK    CURTIS VAN DE VELD

*************************************************************************************************

PROCEEDINGS:    PRELIMINARY PRETRIAL CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___ Granted ____Denied ____Settled ____Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By: _____

( X ) PROCEEDINGS CONTINUED TO:  Thursday, August 25, 2005 at 9:30 a.m.

NOTES:

▸   **Plaintiff's Motion to Withdraw as Counsel - DENIED.  Counsel was advised that he may renew his motion before Judge Otero for disposition.**

Mr. Van de Veld informed the Court that he and Mr. Park have agreed to dismiss the case without prejudice.  The Court informed him that disposition of such motion would have to be before a district judge and advised parties to file their stipulation for dismissal.

Mr. Van de Veld requested for a one week continuance and stated his reasons - Granted.  The Court advised parties that if there is no agreement for dismissal of the complaint and counterclaim, then the motion to withdraw as counsel may be revisited.

COURTROOM DEPUTY: _____