LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Drive
Tumon, Guam 96913
Tel: (671) 647-1200
Fax: (671) 647-1211
Counsel for Plaintiff PEOPLE HOLDINGS CO., LTD

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP. <br><br> Defendants. | Civil Case No. **03-00034** <br><br> **STIPULATION OF PARTIES TO DISMISS WITHOUT PREJUDICE** |

Come now the Parties in the above entitled case, plaintiff PEOPLE HOLDINGS CO., LTD., by and through undersigned counsel, and the defendants SUN Y. WAKUGAWA and KOWON SHIPPING CORP., through counsel, the hereto and stipulate to dismiss actions and all of claims including counterclaim, against the other adverse party without prejudice, pursuant to Rule 41 of Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

LAW OFFICE OF PARK

By: *[signature]*
MUN SU PARK, ESQ.
Attorney for Plaintiff

Date: August 19, 2005

THE VANDEVELD LAW OFFICES, P.C.

*[signature]*
CURTIS C. VAN DE VELD, ESQ.
Attorney for Defendants

Date: 23 Aug 05

ORIGINAL