# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| PEOPLE HOLDINGS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SUN Y. WAKUGAWA and KOWON SHIPPING CORP., <br><br> Defendants. | CIVIL CASE NO. 03-00034 <br><br><br><br> **JUDGMENT** |

Judgment is hereby entered in accordance with the Stipulation of Parties to Dismiss Without Prejudice filed August 23, 2005.

Dated this 24th day of August, 2005, Hagatna, Guam.

/s/ Mary L.M. Moran
Clerk of Court