# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **People Holdings Co., Ltd.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Sun Y. Wakugawa, et al.,**<br><br>Defendants. | **Case No: 1:03-cv-00034** |

The following entity was served by first class mail on September 7, 2005:

    *Law Office of Park*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Judgment filed on August 24, 2005 and the Notice of Entry filed on August 24, 2005*

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 7, 2005                    /s/ Shirlene A. Ishizu
                                                                  Deputy Clerk